**Fill in this information to identify your case:**

Debtor 1: **Samuel R Mitchell, IV**
First Name    Middle Name    Last Name

Debtor 2 (Spouse if, filing):
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known):

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Consumer Portfolio Svc**<br><br>Description of property securing debt: **2019 Dodge Grand Caravan 5200 miles Location: Debtor's residence** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **PNC Mortgage**<br><br>Description of property securing debt: **7150 Mitchell Lane Adamsville, OH 43802  Muskingum County Grantors: Samuel R Mitchell, IV and Jessica A Mitchell Grantees: Samuel R Mitchell, IV and Jessica A Mitchell**<br><br>**Warranty Deed was signed on July 7, 2011 and recorded on July 14, 2** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Debtor 1  **Samuel R Mitchell, IV**                                   Case number (*if known*)

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Progressive Leasing** | ☐ No |
|  | ■ Yes |
| Description of leased Property: **LeVian ring**<br>**$193 per month**<br>**expires April 2020** | |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Samuel R Mitchell, IV**                         X  _____
   **Samuel R Mitchell, IV**                                Signature of Debtor 2
   Signature of Debtor 1

Date  **November 27, 2019**                              Date

## **CERTIFICATE OF SERVICE (LBR 9013-3)**

I hereby certify that a copy of the foregoing <u>Form 108 Statement of Intention</u> was served electronically on <u>November 26, 2019</u> through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

And (ii) by **ordinary U.S. Mail** on <u>November 26, 2019</u> addressed to:

Samuel Mitchell
7150 Mitchell Ln
Adamsville OH 43802

Consumer Portfolio Svc
Attn: Bankruptcy
PO Box 57071
Irvine CA 92619

PNC Mortgage
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg OH 45342

*/s/ Mitchell C. Marczewski*
**MITCHELL C. MARCZEWSKI (0073258)**